# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE S. BONNER,
　　　　　　　　Appellant,
vs.
AMERICAN COLLECTORS
INSURANCE, INC., A NEW JERSEY
CORPORATION; AMERICAN
BANKERS INSURANCE COMPANY OF
FLORIDA, A FLORIDA
CORPORATION; AND ASSURANT,
INC., A NEW YORK CORPORATION,
　　　　　　　　Respondents.

No. 68366

FILED

JAN 2 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:　Hon. Mark R. Denton, District Judge
　　　Michael H. Singer, Settlement Judge
　　　Law Firm of Telia U. Williams
　　　Phillips, Spallas & Angstadt, LLC
　　　Eighth District Court Clerk

16-02517